IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mosley-Dean, Jeanene | Case Number: 04 B 33323 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/22/08 | Filed: 9/8/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: January 3, 2008
Confirmed: October 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,040.00 | |
| Secured: | | 7,977.44 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,339.70 |
| Trustee Fee: | | 583.59 |
| Other Funds: | | 139.27 |
| Totals: | 11,040.00 | 11,040.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,339.70 | 2,339.70 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Beneficial | Secured | 0.00 | 0.00 |
| 4. | Village Of Matteson | Secured | 451.99 | 126.04 |
| 5. | Cook County Treasurer | Secured | 1,680.95 | 0.00 |
| 6. | Select Portfolio Servicing | Secured | 7,050.00 | 316.97 |
| 7. | Cook County Treasurer | Secured | 1,662.63 | 418.32 |
| 8. | Beneficial | Secured | 35.58 | 20.98 |
| 9. | Cook County Treasurer | Secured | 1,790.53 | 0.00 |
| 10. | Wells Fargo Fin Acceptance | Secured | 12,670.67 | 7,095.13 |
| 11. | Cook County Treasurer | Unsecured | 62.35 | 0.00 |
| 12. | Cingular Wireless | Unsecured | 195.71 | 0.00 |
| 13. | Prairie Trail Credit Union | Unsecured | 156.44 | 0.00 |
| 14. | Wells Fargo Fin Acceptance | Unsecured | 335.04 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Mx Energy | Unsecured | | No Claim Filed |
| 17. | SBC | Unsecured | | No Claim Filed |
| 18. | Direct Tv | Unsecured | | No Claim Filed |
| 19. | ADT Security Systems | Unsecured | | No Claim Filed |
| 20. | Matteson Police Dept | Unsecured | | No Claim Filed |
| 21. | Spring Green | Unsecured | | No Claim Filed |
| | | | $ 28,431.59 | $ 10,317.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Mosley-Dean, Jeanene

Printed:  4/22/08

Case Number:  04 B 33323
Judge:  Wedoff, Eugene R
Filed:  9/8/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 166.79 |
| 4% | 42.67 |
| 5.5% | 173.99 |
| 5% | 65.95 |
| 4.8% | 134.19 |
| | _____ |
| | $ 583.59 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

